THOMAS J. LALLANNE, IV T685090
Name and Prisoner/Booking Number

MARICOPA COUNTY JAIL
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
FILED _____  _____ LODGED
_____ RECEIVED _____ COPY

        MAR 3 1 2022

   CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

THOMAS J. LALLANDE, IV,
(Full Name of Plaintiff)

        Plaintiff,

v.

(1) MARICOPA COUNTY BOARD OF SUPERVISORS,
(Full Name of Defendant)

(2) CARA CHRIST, M.O. DIRECTOR, MCDPH,

(3) VINCENT GALES, M.P.H. DIRECTOR MCCHS,

(4) PAUL PENZONE, SHERIFF,

        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-516-PHX-SMB-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

JURY TRIAL DEMANDED
☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.   Institution/city where violation occurred:_____.

Revised 12/1/20

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _MARICOPA COUNTY_ . The first Defendant is employed
as: _BOARD OF SUPERVESORS_ at _MARICOPA COUNTY GOVT._ .
    (Position and Title)                    (Institution)

2. Name of second Defendant: _CARA CHRIST, M.D._ . The second Defendant is employed as:
as: _DIRECTOR_ at _MARICOPA COUNTY DEPT. PUBLIC HEALTH_
    (Position and Title)                    (Institution)

3. Name of third Defendant: _VINCENT GALES_ . The third Defendant is employed
as: _DIRECTOR_ at _MC CORRECTIONAL HEALTH SERVICES_
    (Position and Title)                    (Institution)

4. Name of fourth Defendant: _PAUL PENZONE_ . The fourth Defendant is employed
as: _SHERIFF_ at _MARICOPA COUNTY JAIL_
    (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☑ Yes     ☐ No

2. If yes, how many lawsuits have you filed? _3_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _LALLANAS_ v. _APS_
      2. Court and case number: _2/21-CV-00893-SMB_ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _DISSMESSED IN ERROR AND PREPARING TO APPEAL_

   b. Second prior lawsuit:
      1. Parties: _LALLANAS_ v. _MESA P.D._
      2. Court and case number: _2/21-CV-00918-SMB_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _CASE PENDING FINAL JUDGMENT IN SUPERIOR CASE NO. CR2020-143488-001_

   c. Third prior lawsuit:
      1. Parties: _LALLANAS_ v. _PENZONE, ET AL._
      2. Court and case number: _2/22-CV-00200-SMB_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _NEW ACTION PENDING_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: SIXTH AMENDMENT

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☑ Other: SPEEDY TRIAL

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

SINCE BEING HELD AS A PRETRIAL DETAINEE IN THE MARICOPA COUNTY JAIL FROM
MARCH 1, 2021 TO PRESENT PLAINTIFF HAS ERRONEOUSLY BEEN PLACED ON QUARANTINE
EIGHT TIMES IN VIOLATION OF ARIZONA REVISED STATUTE 36-789 IN WHICH
NON OF THE STATUTORY REQUIREMENTS HAVE NOT BEEN MET CAUSING MY CRIMINAL
CASES CR2020-000414-001, CR2020-143488-001 AND CR2021-000613-002
TO BE CONTINUED 28 TIMES WHICH IS OUTRAGEOUS AND SHOCKS THE
CONSCIENCE OF ANY REASONABLE PERSON. PURSUANT TO A.R.S. 36-789 THERE
MUST BE A COURT ORDER AND SAID COURT ORDER MUST LIST THE IDENTITY OF
THE PERSON OR PERSONS SUBJECT TO QUARANTINE, THE PREMISES SUBJECT TO QUARANTINE,
THE DATE AND TIME WHICH QUARANTINE COMMENCES, THE SUSPECTED ILLEGALLY CON-
TAGIOUS AND FATAL OBSESIS, IF KNOWN AND THAT A STATE OF EMERGENCY HAS
BEEN DECLARED BY THE GOVERNOR. IN THE INSTANT THE ONLY STATUTORY REQUIRE-
MENT MET IS THE DECLARATION OF A STATE OF EMERGENCY BY THE GOVERNOR.
SUBSEQUENTLY A.R.S. 36-789(2) PROVIDES THAT THE PERSON OR PERSONS TO BE
QUARANTINED THE COURT ORDER FOR A GROUP MAY BE PLACED IN A CONSPICUOUS
PLACE IN THE QUARANTINE PREMISES.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

LOSS OF ALL WORLDLY POSSESSIONS, EMOTIONAL DISTRESS DUE TO DEATH OF FATHER
WHILE BEING IN JAIL, FAILING HEALTH

5.  **Administrative Remedies:**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No

    b.  Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No

    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  GRIEVANCES FOR ISSUE WERE NEVER ANSWERED BY CHS OR JAIL
    COMMANDER

SINCE BEING HELD IN THE MARICOPA COUNTY JAIL VINCENT
GALLIS, DIRECTOR OF CORRECTIONAL HEALTH SERVICES (CHS)
HAS PLACED THE PLAINTIFF ON QUARANTINE EIGHT SEPARATE
TIMES WITHOUT A COURT ORDER FROM 03-01-21 TO
04-12-21, 04-19-21 TO 05-03-21, 05-10-21 TO 06-18-21, 06-21-21
TO 07-30-21, 08-04-21 TO 08-16-21, 09-27-21 TO 10-22-21,
11-08-21 TO 01-03-22, AND 01-24-22 TO 03-11-22 WHICH
CLEARLY SHOWS VINCENT GALES DELIBERATE, RECKLESS,
CALLOUS INDIFFERENCE TO PLAINTIFF'S CONSTITUTIONAL
RIGHTS TO A SPEEDY TRIAL. PLAINTIFF HAS HAD 14-18 COVID-19
TESTS SINCE MARCH 1, 2021 TO PRESENT IN WHICH ALL
WERE NEGATIVE AND FURTHERMORE, PLAINTIFF HAS NEVER
HAD ANY COVID-19 RELATED SYMPTOMS, THIS FLAGRANT AND
EGREGIOUS ABUSE OF DISCRETION MORE THAN SHOCKS THE
CONSCIENCE OF ANY REASONABLE PERSON. VINCENT GALES
HAS ALLOWED HIS STAFF UNDER THIS PRACTICE, POLICY OR CUSTOM
TO GO UNCHECKED AND QUARANTINE INMATES AS NEEDED
TO ALLOW THE SUPERIOR COURT TO USE QUARANTINES AS A
LEGAL DEVICE TO MANAGE THEIR DOCKETS.

CARA CHRIST, M.D. IMPLEMENTED THIS PRACTICE, POLICY OR
CUSTOM AND FAILED TO TAKE ANY REMEDIAL ACTION WHEN
IT CLEARLY SHOWS THE VIOLATION OF THE PLAINTIFF'S SIXTH
AMENDMENT U.S. CONSTITUTIONAL RIGHTS CAUSING
THE PLAINTIFF TO SUFFER AND LANGUISH IN JAIL WITH THE
PLAINTIFF NOT KNOWING WHEN AND IF QUARANTINE WOULD
EVER END.

3 A

THE MARICOPA COUNTY BOARD OF SUPERVISORS WERE AWARE
OF THE PRACTICE, POLICY, OR CUSTOM THAT INMATES WERE
BEING PLACED ON QUARANTINE WITHOUT A COURT ORDER
PURSUANT TO A.R.S. 36-789 AND CAUSING THE TRIAL COURT
TO ERRONEOUSLY EXCLUDE PLAINTIFF'S SPEEDY TRIAL TIME.
THE MARICOPA COUNTY BOARD OF SUPERVISORS FAILED TO ACT
OR TAKE ANY REMEDIAL ACTION WHICH CAUSED THE PLAINTIFF
SUSTAINED DEPRIVATION OF HIS SUBSTANTIAL CONSTITUTIONAL
RIGHTS WHICH CLEARLY SHOWS THE DELIBERATE, RECKLESS, CALLOUS
INDIFFERENCE WHICH SHOCKS THE CONSCIENCE OF ANY REASONABLE
PERSON.

PAUL PENZONE, SHERIFF OF THE MARICOPA COUNTY JAIL WAS AWARE
AND ENFORCED THE QUARANTINE OF INMATES WITHOUT A COURT
ORDER VIOLATING A.R.S. 36-789 FOLLOWING THE PRACTICE,
POLICY OR CUSTOM THAT WAS PUT INTO PLACE BY DIRECTOR
OF MCOPH CARA CHREST FAILING TO ACT AND NO REMEDIAL
ACTION BEING TAKEN TO STOP THE STATUTORY VIOLATION
WHICH CAUSED THE COURT TO ABUSE ITS DISCRETION
AND ERRONEOUSLY EXCLUDE PLAINTIFF'S SPEEDY TRIAL
TIME VIOLATING PLAINTIFF'S SIXTH AMENDMENT
U.S. CONSTITUTIONAL RIGHTS.

THE PLAINTIFF FILED GRIEVANCES TO CHS ON 03-09-22
AND THE MARICOPA COUNTY JAIL COMMANDER ON 03-11-22
AND NO RESPONSE FROM EITHER ONE HAS BEEN RECIEVED
AS OF YET SHOWING THE BLATANT DISREGARD OF INMATE
ISSUES.

3 B

THEREFORE, CHS (VINCENT GALES) UNDER MCXPH'S
(CARA CARDST, M.D) QUARANTINE REQUIREMENTS, WHICH
APPEAR TO BE ISSUED PURSUANT TO A.R.S. §36-788 MCDPH
THROUGH AND ENFORCED BY THE MARICOPA COUNTY JAIL
(PAUL PENZONE), IS MANDATING INMATE QUARANTINES WITHOUT
A COURT ORDER CLEARLY SHOWING THAT ALL OF THE STATUTORY
REQUIREMENTS HAVE NOT BEEN MET PURSUANT TO A.R.S. 36-789
(A)(1) AND FURTHER CAUSING THE TRIAL COURT TO ERRONEOUSLY
EXCLUDE PLAINTIFF'S SPEEDY TRIAL TIME IN VIOLATION OF
PLAINTIFF'S U.S. CONSTITUTIONAL SIXTH AMENDMENT
RIGHT TO A SPEEDY TRIAL.


THE TRIAL COURTS BELOW WITH THE HONORABLE SUZANNE
COHEN AND THE HONORABLE JENNIFER RYAN-TOUELL ORDARED
PLAINTIFF TO APPEAR BY ANY MEANS TO THEIR COURTS FROM
02-02-22 TO 02-23-22 CLEARLY SHOWING THAT ANY AND
ALL QUARANTINE'S PLAINTIFF WAS SUBJECTED TO AS ERRONEOUS.
PLAINTIFF CONTENDS THAT IF THE COVID-19 QUARANTINE WAS
SO SORELY NEEDED TO PROTECT PUBLIC HEALTH THEN IT SHOULD
NOT HAVE BEEN SO EASILY LIFTED BY THE TRIAL COURTS.
THIS IS A CLEAR SHOWING THAT THE COVID-19 QUARANTINE
OF INMATES AT THE MARICOPA COUNTY JAIL IS BEING USED
AS A JUDICIAL DEVICE AND CAN BE PLACED OR LIFTED BY
THE WHIMS OF ANY COUNTY AUTHORITY VIOLATING
SUBSTANTIAL U.S. CONSTITUTIONAL RIGHTS.

3 C

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?                                                                ☐ Yes        ☐ No
   2. Did you submit a request for administrative relief on Count II?                   ☐ Yes        ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?          ☐ Yes        ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. _____
      _____

4

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count III.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer          ☐ Threat to safety          ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
1.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                ☐ Yes          ☐ No
2.   Did you submit a request for administrative relief on Count III?          ☐ Yes          ☐ No
3.   Did you appeal your request for relief on Count III to the highest level?          ☐ Yes          ☐ No
4.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

_I AM SEEKING GENERAL, SPECIAL, DECLATORY COMPENSATORY AND PUNITIVE RELIEF, INJUNCTION TO STOP ALL QUARANTINES, TO HAVE ALL EXCLUDED SPEEDY TRIAL TIME INCLUDED AND TO BE RELEASED FOR SPEEDY TRIAL VIOLATION. TOTAL FOR DAMAGES $3,000,000_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MARCH 24, 2022_
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **March 25, 2022** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___   Hon _____   United States District Court, District of Arizona.

___   Hon _____   United States District Court, District of Arizona.

___   Attorney General, State of Arizona, _____

___   Judge _____   Superior Court, Maricopa County, State of Arizona.

___   County Attorney, Maricopa County, State of Arizona _____

___   Public Defender, Maricopa County, State of Arizona _____

___   Attorney _____

___   Other _____

___   ___   _____

___   ___   _____

_____   **A7879**
Legal Support Specialist Signature      S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009